**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-01411-EWN-MJW

BRANDON PARISCOFF,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

    Defendant.

**ORDER**

Upon the Stipulated Motion to Dismiss filed with this Court on October 17, 2005, IT IS ORDERED that the Stipulated Motion to Dismiss is GRANTED. This action is dismissed with prejudice. Each side shall bear its own costs and attorney's fees.

Dated: April 7, 2006

                                        BY THE COURT:

                                        <u>s/ Edward W. Nottingham</u>
                                        Edward W. Nottingham
                                        United States District Judge